**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**DIVISION**


**CRIMINAL MINUTES - INITIAL APPEARANCE - COMPLAINT**


**Case No.:  7:19-MJ-120**                                **Date:  9/25/2019**

---

**Defendant:  Ioana-Cristina Pavel, custody**            **Counsel:  Randy Cargill, FPD**

---

| PRESENT: | JUDGE: | Robert S. Ballou | TIME IN COURT:  26min |
|---|---|---|---|
| | Deputy Clerk: | K. Brown | |
| | Court Reporter: | K. Brown/FTR | |
| | U. S. Attorney: | Coleman Adams | |
| | USPO: | Mike Terry | |
| | Case Agent: | Angelo Rella, USSS | |
| | Interpreter: | Nadia Brunstein, sworn | |

## INITIAL APPEARANCE

☒     Initial Appearance.  Defendant(s)  advised of charges, rights and nature of proceedings.
☒     Defendant requests appointment of counsel.  CJA 23 completed; FPD appointed.
☒     Defendant, through counsel, concedes that the government has probable cause to proceed.
☒     Government moves for detention.
☒     Deft. remanded to custody.
☒     Deft. notified of  right to consular notification under the Vienna Convention.


Additional Information:
3:41
Parties present and represented by counsel.
Government moves for detention.  Deft would like to move forward with a preliminary hearing.
Evidence.  Angelo Rella, USSS, sworn.  Cross.  Court addresses witness.  No redirect.  Rest.
Deft concedes probable cause, and does not seek release at this time.
Defendant found to be a flight risk.  Court will enter an ODPT, but will reserve defendant's right to request conditions of release be set in the future.
Defendant remanded.
Adjourned.
4:07