FOR THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

UNITED STATES OF AMERICA

CASE NO.: 719MJ120

v.

Ioana-Cristina Pavel

DATE: 9/25/19

TYPE OF HEARING: IA

**PARTIES:**

1. Robert S. Ballou
2. Coleman Adams
3. Randy Cargill, FPD
4. Ioana Cristina Pavel, deft
5. Angelo Rella, USSS sworn
6.
7.
8.
9.
10.

Recorded by: K. Brown

Time in Court: 26m

| INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. |
|---|---|---|---|---|---|---|---|---|---|
| 3:41 | 1 | | 2 | | 1 | | | | |
| | 4 | | 1 | 4:06 | 3 | | | | |
| | 1 | | 3 | | 1 | | | | |
| | 4 | 3:49 | 1 | | 2 | | | | |
| 3:43 | 1 | | 2 | | 3 | | | | |
| | 4 | | 5 | 4:07 | 1 | | | | |
| | 1 | 3:58 | 2 | | | | | | |
| | 3 | | 5 | | | | | | |
| 3:46 | 1 | | 1 | | | | | | |
| | 4 | 4:01 | 3 | | | | | | |
| 3:47 | 1 | | 5 | | | | | | |
| | 4 | 4:05 | 1 | | | | | | |
| | 1 | | 5 | | | | | | |
| | 3 | | 1 | | | | | | |
| | 1 | | 2 | | | | | | |