IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| | : |
| | : Docket No. 7:19MJ120 |
| v. | : |
| | : |
| IOANA-CRISTINA PAVEL | : |
| _____ | : |

# NOTICE OF APPEARANCE

    Monica D. Cliatt, Esq., Assistant Federal Public Defender, hereby notes her appearance as counsel for the above-referenced defendant on behalf of the Office of the Federal Public Defender.

Respectfully submitted,

By: s/ Monica D. Cliatt

Monica D. Cliatt, Esquire
Pennsylvania State Bar No. 84848
Federal Public Defender's Office
210 First Street SW, Room 400
Roanoke, Virginia 24011
Ph. (540) 777-0880
Fax (540) 777-0890

*Counsel for defendant Ioana-Cristina Pavel*

## CERTIFICATE OF SERVICE

      I hereby certify that on the 8th day of October, 2019, I served the foregoing notice of appearance on Michael Coleman Adams, United States Attorney's Office, P.O. Box 1709, Roanoke, Virginia 24008-1709 by electronic filing and on the same date, I caused the original thereof to be filed electronically with Julia Dudley, Clerk, United States District Court, 210 Franklin Road, SW., Roanoke, Virginia 24011.

<u>s/ Monica D. Cliatt</u>